**OSETEK v. JEREMIAH**

[360 N.C. 471 (2006)]

JEAN MARIE OSETEK v. JASON LEE JEREMIAH

No. 687A05

(Filed 5 May 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 174 N.C. App. ——, 621 S.E.2d 202 (2005), affirming a judgment entered on 14 August 2003 and an order entered on 11 December 2003 by Judge Henry W. Hight, Jr. in Superior Court, Wake County. Heard in the Supreme Court 20 April 2006.

*E. Gregory Stott for plaintiff-appellant.*

*Hall, Rodgers, Gaylord, Millikan & Croom, by Jonathan E. Hall and Kathleen M. Millikan, for defendant-appellee.*

PER CURIAM.

AFFIRMED.